## Commonwealth *v.* Zachary, Appellant.

Submitted June 13, 1969. *David Zwanetz,* for appellant; *James D. Crawford,* Assistant District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.

SPAULDING, J., absent.

## DeAngeli, Appellant, *v.* Fitzgerald.

Argued June 14, 1969. *Willard C. Hetzel,* for appellant; *Albert R. Subers,* with him *Bean, DeAngelis, Tredinnick & Giangiolio,* for appellee.

Order affirmed.

SPAULDING, J., absent.

## Dochter *v.* Risse, Appellant.

Argued June 11, 1969. *Martin M. Fine,* with him *Fine & Eisenbeis,* for appellant; *Anthony D. Miele,* with him *Fierro & Miele,* for appellee.

Order affirmed.